IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, | )<br>)<br>) |
| *Plaintiff*, | )<br>) |
| v. | ) Case No. 18-cv-2579<br>) |
| U.S. DEPARTMENT OF STATE | )<br>)<br>) |
| *Defendant*. | )<br>) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.2(d) and the attached certifications, I hereby move for the admission *pro hac vice* of Katherine M. Anthony of American Oversight, 1030 15th Street NW, B255, Washington, DC 20005 to represent Plaintiff American Oversight in this matter.

Dated: November 13, 2018

Respectfully submitted,

*/s/ Cerissa Cafasso*
Cerissa Cafasso
D.C. Bar No. 1011003
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5244
cerissa.cafasso@americanoversight.org

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2018, I electronically filed a copy of the foregoing Motion for Admission *Pro Hac Vice*. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

Dated: November 13, 2018                                   Respectfully submitted,

                                                          */s/ Cerissa Cafasso*
                                                          Cerissa Cafasso