IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT, | ) |
|  | ) |
| *Plaintiff*, | ) |
|  | ) |
| v. | )  Case No. 18-cv-2579 |
|  | ) |
| U.S. DEPARTMENT OF STATE | ) |
|  | ) |
| *Defendant*. | ) |

**DECLARATION OF KATHERINE M. ANTHONY IN SUPPORT OF MOTION TO BE ADMITTED *PRO HAC VICE***

Pursuant to the requirements of Local Rule 83.2(d)(1)–(6), I, KATHERINE M. ANTHONY, hereby declare as follows:

1. My full name is Katherine Marie Anthony.

2. I am an attorney at American Oversight. My office address is 1030 15th Street NW, B-255, Washington, DC 20005. My office phone number is (202) 897-3918. My email address is katherine.anthony@americanoversight.org.

3. I am admitted and a member in good standing of the Bar of Massachusetts (BBO No. 685150).

4. I have not been disciplined by any bar.

5. I have been admitted *pro hac vice* to this Court ten times within the last two years.

6. Because I engage in the practice of law from an office located in the District of Columbia under the supervision of a member of the District of Columbia Bar, I hereby certify that my application for membership to the District of Columbia Bar is pending. I intend to

take steps to become a member of this Court's bar upon approval of my application for membership to the District of Columbia Bar.

7. I further certify that I have reviewed and am familiar with the Local Rules of this Court.
8. I further certify that I will pay the required fee of $100 to the Clerk's Office upon the filing of this motion.
9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: November 13, 2018

_____
Katherine M. Anthony