# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF STATE <br><br> *Defendant*. | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 18-cv-2579 |

## PROPOSED ORDER

Upon consideration of Plaintiff's Motion for Admission *Pro Hac Vice* and accompanying certification, it is hereby

**ORDERED** that Plaintiff's Motion for Admission *Pro Hac Vice* of Katherine M. Anthony is **GRANTED.**

**SO ORDERED.**

Date: _____       _____
United States District Judge